NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GARRETT F. BRUCE,                      )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D18-868
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )
_____)

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley, Judge.

Garrett F. Bruce, pro se.


PER CURIAM.


            Affirmed.


BLACK, SLEET, and SMITH, JJ., Concur.